UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

SINGH RX, PLLC d/b/a SRX SPECIALTY
CARE PHARMACY,  ET AL.,

    Plaintiffs,                               Case No. 22-12732
                                               Honorable Victoria A. Roberts

v.

SELECTIVE INSURANCE COMPANY OF
SOUTH CAROLINA, ET AL.,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANTS JANSSEN PRODUCTS, LP AND JANSSEN SCIENCES IRELAND UNLIMITED COMPANY

Plaintiffs named Janssen Products, LP and Janssen Sciences of Ireland Unlimited Company as Defendants in its Complaint filed November 10, 2022 [ECF No. 1].

In the Amended Complaint [ECF No. 16] and Second Amended Complaint [ECF No. 22], the now operative complaint, Plaintiffs did not name Janssen Products, LP or Janssen Sciences Ireland Unlimited Company as Defendants.

Accordingly, the Court dismisses Janssen Products, LP and Janssen Sciences Ireland Unlimited Company.

**ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 4/5/2023